Eddie L. HORGIN, Claimant–Appellant,

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 01–7112.

United States Court of Appeals, Federal Circuit.

July 17, 2002.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).